**Order entered July 31, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00090-CR

### DAVID BRIAN NEFF, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-82288-2018

## ORDER

Appellant's brief was due June 22, 2019. When it was not filed, we notified appellant by postcard dated June 26, 2019, and directed him to file his brief along with a proper motion to extend time by July 8, 2019. We cautioned appellant that the failure to do so would result in the appeal being abated for a hearing under rule 38.8(b)(3). *See* TEX. R. APP. P. 38.8(b)(3). To date, no brief has been filed, and we have had no communication regarding this appeal.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal, whether appellant has abandoned the appeal, or whether appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing,

the trial court shall conduct the hearing in appellant's absence.  *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam).  If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court; Stephanie Hudson; and to the Collin County District Attorney's Office.

This appeal is **ABATED** to allow the trial court to comply with the above order.  The appeal shall be reinstated twenty days from the date of this order or when the findings are received, whichever is earlier.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE